IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES JONATHAN CLOW;
SHIRLEY ROSE PETERS;
ANGILA BESSY PETERS-CLOW,

        Plaintiffs,

   v.

INSURANCE CORPORATION OF BRITISH
COLUMBIA, a Provincial Crown
Corporation in the PROVINCE OF
BRITISH COLUMBIA, CANADA, and
SCOTT ALLEN ROBINSON,

        Defendants.

Civil No. 07-403-ST

ORDER

MARSH, Judge.

    Magistrate Judge Janice M. Stewart filed her Findings and Recommendation on July 9, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

1 - ORDER

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation #18. The Motion (#6), of Insurance Corporation of British Columbia, to Dismiss Based on Arbitration Agreement is GRANTED; the remaining claim against Scott Allen Robinson is remanded to state court.

IT IS SO ORDERED.

DATED this  6   day of August, 2007.

                                        /s/  Malcolm F. Marsh
                                        Malcolm F. Marsh
                                        United States District Judge